```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
          -v-                                                      :     20-CR-126 (LTS)
                                                                   :
MARKEL SMALLS and SHELBY HINES,                                    :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

## ORDER

The pretrial conference in these matters is hereby scheduled to occur as a teleconference on **April 21, 2021, at 9:00 a.m.** As requested, each defense counsel will be given an opportunity to speak with his or her client by telephone for fifteen minutes before the pretrial conference begins (i.e., at 8:45 a.m.); each defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

To access the teleconference, counsel should call **888-363-4734** and use access code **1527005#** and password **1473#**. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) Counsel should adhere to the following rules and guidelines during the conference:

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel

4. should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

5. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited. See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).

    SO ORDERED.

Dated: April 15, 2021                   __/s/ Laura Taylor Swain_____
       New York New York               LAURA TAYLOR SWAIN
                                         United States District Judge