UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 20-CR-126 (LTS)
:
MARKEL SMALLS, :
:
Defendant. :
:
-------------------------------------------------------------------------X

## ORDER

The pretrial conference in this matter, currently scheduled for April 21, 2021, at 9:00 a.m., is hereby rescheduled to occur as a teleconference on **April 23, 2021, at 12:00 p.m.** The pretrial conference in U.S. v. Shelby Hines, also currently scheduled for April 21, 2021, at 9:00 a.m., shall proceed as scheduled. All other provisions of the Court's Order dated April 15, 2021 (docket entry no. 172), remain in effect.

SO ORDERED.

Dated: April 20, 2021             ___/s/ Laura Taylor Swain_____
      New York New York               LAURA TAYLOR SWAIN
                                                   Chief United States District Judge