

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

August 13, 2021

The Honorable Laura Taylor Swain
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *United States v. Markel Smalls*
      20 Cr. 126 (LTS)

Dear Chief Judge Swain:

    I represent the defendant, Markel Smalls, in the above referenced matter. The defense respectfully submits this letter motion as a request to appear at a status conference on October 14, 2021. A status conference for the remaining co-defendants in this case has previously been scheduled for October 14, 2021. The defense consents to an exclusion of time under the Speedy Trial Act until October 14, 2021. The defense further submits that granting a continuance will permit Mr. Smalls and his counsel to continue to review discovery, file motions, and/or permit the parties to continue to discuss a pretrial resolution in this matter. The Government consents to the requests listed above.

    The Court's time and attention to this matter are greatly appreciated.

Application granted. The Court finds pursuant to 18 USC 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 14, 2021, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above. DE#221 resolved. SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 8/13/2021

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:   AUSA Adam Hobson      by ECF