UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                          No. 20-CR-126-LTS

MARKEL SMALLS,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received an undated letter from Defendant Markel Smalls requesting a change of counsel. The letter, which references sensitive attorney-client communications, will be filed under seal, and a copy has been provided to Mr. Smalls's current counsel, Calvin Harold Scholar, Esq.

A conference to address Mr. Smalls's request for a change in counsel is scheduled for **April 1, 2022, at 11:30 a.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

Mr. Scholar is directed to promptly provide a copy of this Order to Mr. Smalls, and to promptly contact and confer with Mr. Smalls concerning the matters raised in his letter.

     SO ORDERED.

Dated: New York, New York
       March 16, 2022

                                                                        /s/ Laura Taylor Swain
                                                                      LAURA TAYLOR SWAIN
                                                                       Chief United States District Judge