UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                              No. 20-CR-126-LTS

MARKEL SMALLS,

        Defendant.

-------------------------------------------------------x

### ORDER

The conference to address Mr. Smalls's request for a change in counsel, currently scheduled for April 1, 2022, at 11:30 a.m. (see docket entry no. 277), is adjourned to **April 6, 2022, at 12:00 p.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

    SO ORDERED.

Dated: New York, New York
       April 1, 2022

                                                                   /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge