UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                No. 20CR126-LTS

MARKEL SMALLS (10),

                Defendant.

-------------------------------------------------------------X

**ORDER**

      Calvin H. Scholar, Esq., is relieved as CJA counsel for the defendant. John Kaley, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated:  New York, New York
          April 6, 2022

                                                     /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge