## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

September 30, 2022

**Via ECF Filing**

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Markel Smalls*
    Docket No. 20 Cr. 126 (SHS)

Dear Judge Stein:

I represent Markel Smalls in the above referenced matter. There presently is a status conference in this matter scheduled for October 3, 2022 at 11:00a.m. Because of a personal medical matter I will be unable to attend the conference on Mr. Smalls' behalf. I write to request permission for Kelley Sharkey, Esq., counsel for the co-defendant Malik Holloway, to stand in for me at the conference.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/
John F. Kaley

cc: All Counsel via ECF Filing

**The request for Ms. Sharkey to stand in for Mr. Kaley granted.**

**Dated: New York, New York
September 30, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.