## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

November 10, 2022

## MEMO ENDORSED

**Via ECF Filing**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Markel Smalls*
Docket No. 20 Cr. 126 (SHS)

Dear Judge Stein:

I represent Markel Smalls in the above referenced matter. There presently is a status conference in this matter scheduled for November 15, 2022 at 10:00a.m. Because of a personal matter I will be unable to attend the conference on Mr. Smalls' behalf. I write to request permission for Kelley Sharkey, Esq., counsel for the co-defendant Malik Holloway, to stand in for me at the conference, along with Lauren DiChiara, Esq., who has made an appearance in this case as my Mentee pursuant to the District's CJA Mentoring Program.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

John F. Kaley

cc: All Counsel via ECF Filing
The request to have Ms. Sharkey stand in for Mr. Kaley is granted.

Dated: New York, New York
November 14, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.