UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-126 (SHS) |
| -v- | : | <u>ORDER</u> |
| MARKEL SMALLS, | : | |
| Defendants. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on December 7, 2022, at 5:00 p.m., in Courtroom 23A.

Dated: New York, New York
       November 29, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.