**DOAR RIECK KALEY & MACK**

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)　　　　　　　　　　　　　　　　　ASTOR BUILDING
WALTER MACK　　　　　　　　　　　　　　　　　　　　　　7TH FLOOR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　217 BROADWAY
OF COUNSEL　　　　　　　　　　　　　　　　　　　　NEW YORK, N.Y. 10007-2911

JOHN JACOB RIECK, JR.
JOHN F. KALEY　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 619-3730
MICHAEL MINNEFOR　　　　　　　　　　　　　　　　FACSIMILE: (212) 962-5037
　　　　　　　　　　　　　　　　　　　　　　　　　　e-mail: firm@doarlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　website: www.doarlaw.com

February 13, 2023

**MEMO ENDORSED, p. 2**

**VIA ECF Filing**
Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007

　　　　　　　　　Re: *United States v. Markel Smalls*
　　　　　　　　　　　Docket No. 20 Cr. 126 (LTS) (SHS)

Dear Judge Stein:

　　I represent Markel Smalls in the above-referenced matter. I write now to request that sentencing presently scheduled for March 7, 2023 be adjourned for approximately 45 days if a date in that time frame would be convenient for the Court. This request is being made because I have been involved in several other matters which have taken up more time than I had anticipated. As a result, I need additional time to meet with Mr. Smalls, to review the PSR with him and then to complete and file a sentencing submission on his behalf.

　　I have communicated with AUSA Adam Hobson regarding this request and have been advised that the Government does not object to the adjournment of sentencing being requested.

　　Thank you for the Court's consideration of this request.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　John F. Kaley

cc: AUSA Adam Hobson
　　USPO Tandis Farrence
　　(via ECF Filing and Email)

U.S.A. v. Robert Wade
20-cr-126

The sentencing is adjourned to April 13, 2023, at 4:30 p.m. The defense submission is due by March 23, the government submission is due by March 30.

Dated: New York, New York
       February 13, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.