UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,      :      20-Cr-126 (SHS)

        -v-               :      ORDER

MARKEL SMALLS,            :

           Defendant.     :

-------------------------------------------------------x

Sidney H. Stein, U.S. District Judge

      IT IS HEREBY ORDERED that the Clerk of Court is directed to substitute the letter attached to this Order for the redacted letter in Exhibit 4 of defendant Markel Smalls' sentencing submission [ECF Doc. No. 397-4].

Dated: New York, New York
       May 4, 2023

                                   SO ORDERED:

                                      _____

                                      Sidney H. Stein, U.S.D.J.

Hon. Sydney H Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 1000

March 16, 2023

Honorable Judge Stein:

My name is ███████████, and I am the nephew of Markel Smalls. Even though I cannot remember exact details of the short time that I spent with my uncle, I know that he is an integral part of our family. At every gathering or event, there is an empty space where Markel should be. Without him, our family is not completely together. In the time that he and I spent together, we not only had great fun, he also gave me good and helpful advice. He told me to stay out of trouble and be a good kid. Due to my father's death at an early age, I have always desired a father figure. Because of my uncle's sentencing, I have been out of a father figure for most of my life. Not only would Markel's freedom be beneficial to my family, but it would also be especially beneficial to me because I would have a positive male figure that I had been missing out on. He would be a positive role model because he has experienced firsthand what not to do and would help me to stay away from his past mistakes. I believe that my uncle has a good and repentant heart. I know that God is working in his heart and in his life and I hope for the best for him.

I ask that you are lenient in his sentencing.

Thank you,



Hon. Sydney H Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 1000

