UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,         :    20-Cr-126 (SHS)

       -v-                            :    <u>ORDER</u>

MARKEL SMALLS,                    :

       Defendant.                 :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has been notified that Markel Smalls has been accepted into the Southern District of New York's RISE Court 4.

    IT IS HEREBY ORDERED that Mr. Smalls shall be permitted to interact and associate with Daniel Peralta in connection with RISE Court 4 activities. Those activities constitute an exception to Special Condition no. 3 of Mr. Smalls's Special Conditions of Supervised Release in his Judgment dated May 4, 2023.

Dated: New York, New York
       January 13, 2025

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.